# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CATHERINE COFFMAN, | ) |
| Plaintiff, | ) Case No. 2:21-cv-12868-RHC-EAS |
| v. | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| ZIX CORPORATION, MARK J. BONNEY, MARCY CAMPBELL, TAHER A. ELGAMAL, JAMES H. GREENE, JR., ROBERT C. HAUSMANN, MARIBESS L. MILLER, BRANDON VAN BUREN, and DAVID J. WAGNER, | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Catherine Coffman ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice.  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: February 4, 2022 　　　　　　　　　WEISSLAW LLP

　　　　　　　　　　　　　　　　　　　By  /s/ Richard A. Acocelli
　　　　　　　　　　　　　　　　　　　Richard A. Acocelli
**OF COUNSEL:**　　　　　　　　　　　305 Broadway, 7th Floor
　　　　　　　　　　　　　　　　　　　New York, New York 10007
**BRAGAR EAGEL & SQUIRE, P.C**　　Tel: (212) 682-3025
Alexandra B. Raymond　　　　　　　　Fax: (212) 682-3010
810 Seventh Avenue, Suite 620　　　　  Email: racocelli@weisslawllp.com
New York, NY 10019
Tel: (646) 860-9158　　　　　　　　　  *Attorneys for Plaintiff*
Fax: (212) 214-0506
Email: raymond@bespc.com

*Attorneys for Plaintiff*